**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6841**

———————

WILLIAM K. COWARD,

 Plaintiff - Appellant,

 versus

UNITED STATES OF AMERICA,

 Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-01-226-HC-5-BO)

———————

Submitted:  August 10, 2001      Decided:  August 30, 2001

———————

Before WIDENER, WILKINS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William K. Coward, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William K. Coward appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] See Coward v. United States, No. CA-01-226-HC-5-BO (E.D.N.C. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We recently held in United States v. Angle, Nos. 96-4662, 96-4672, 99-4187, 2001 WL 732124 (4th Cir. June 29, 2001), at *3, that no Apprendi error existed when the sentence for conspiring to commit an offense that involved an unspecified quantity of drugs was under twenty years. Coward received a 100 month sentence, less than the twenty year maximum sentence. Accordingly, he has no Apprendi claim.